UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>HERIBERTO VENEGAS,<br><br>                                    Defendant. | Case No.: 22-CR-1136-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On June 7, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for June 17, 2022 to July 29, 2022. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 16] and sets the Motion Hearing/Trial Setting on July 29, 2022 at 1:30p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.[1] Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//

---

[1] The Court notes that although the CARES Act and the current Chief Judge Order permit this Court discretion in criminal cases to "take such actions as may be lawful and appropriate to ensure the fairness of the proceedings and preserve the rights of the parties," Chief Judge Order 63-I (S.D. Cal. May 23, 2022) (Sabraw, C.J.), Covid-related public health circumstances are no longer a basis alone to exclude time under the Speedy Trial Act. *See id.*; Chief Judge Order 63-H (S.D. Cal. Mar. 2, 2022) (Sabraw, C.J.).

1  Further, on June 6, 2022, Mr. Venegas filed a pretrial discovery motion that remains
2  pending. Accordingly, the Court finds that time from June 6, 2022 to July 29, 2022 shall
3  be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18
4  U.S.C. § 3161(h)(1)(D).

5  IT IS SO ORDERED.
6  Dated: 6/9/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE